■ In the Matter of ANTHONY S. FUSCO, Appellant, v VICTORIA J. FUSCO, Respondent. [21 NYS3d 637]—Appeals from two orders of the Family Court, Putnam County (Denise M. Watson, J.), dated February 11, 2014, and July 15, 2014, respectively. The order dated February 11, 2014, denied the father's objections to an order of that court (Rachelle C. Kaufman, S.M.), dated December 6, 2013, which denied his motion to vacate a prior order of child support. The order dated July 15, 2014, insofar as appealed from, denied that branch of the father's motion which was to modify the prior order of child support.

Ordered that the order dated February 11, 2014, is affirmed, without costs or disbursements; and it is further,

Ordered that the order dated July 15, 2014, is affirmed insofar as appealed from, without cost or disbursements.

The father commenced this proceeding pursuant to Family Court Act article 4 to partially relieve him of his obligation to provide child support to the mother. By order dated December 6, 2013, a Support Magistrate denied the father's motion to vacate a prior order of child support dated July 5, 2012. By order dated February 11, 2014, the Family Court denied the father's objections to the order dated December 6, 2013, and by order dated July 15, 2014, the Family Court denied that branch of the father's motion which was to modify the prior order of child support. The father appeals from the orders dated February 11, 2014, and July 15, 2014, respectively.

We find no basis to disturb the determination in the order dated February 11, 2014, denying the father's objections to an order of that court dated December 6, 2013. Upon denying the father's request for additional financial discovery from the mother (*see* Family Ct Act § 413 [1] [j]), the Support Magistrate properly denied his motion to vacate a prior order of child support dated July 5, 2012.

In the order dated July 15, 2014, the Family Court correctly denied that branch of the father's petition which was to modify the Support Magistrate's order dated July 5, 2012, as such relief must be sought before the Support Magistrate who signed

the order (*see* CPLR 2221 [a]). Leventhal, J.P., Chambers, Cohen and Hinds-Radix, JJ., concur.